IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DALE CATO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:19-cv-2103 |
| | ) |
| KONICA MINOLTA BUSINESS | ) |
| SOLUTIONS, U.S.A., INC., a Foreign | ) |
| Profit Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC. (hereinafter "Defendant"), removes this action from the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division. As grounds for removal and for no other purpose, Defendant states:

1. On or about October 7, 2019, Plaintiff DALE CATO ("Plaintiff") commenced an action in the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida, captioned *DALE CATO v. KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC*, Case No. 2019-ca-012213 (the "State Court Action").

2. Defendant was served with the Summons and Complaint in the State Court Action on October 14, 2019.

3. Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint. The date on or before which Defendant is required by law to remove

this action is November 13, 2019.  Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida is located within the Middle District of Florida.  Local Rule 1.02(b)(4).  Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending."  28 U.S.C. §1441(a).

5. In accordance with 28 U.S.C. §1446(a) and Local Rule 4.02(b), a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court Action, is attached to this Notice as <u>Exhibit A</u>.  Plaintiff has not served upon Defendant any other process, pleadings, or orders.

6. Promptly upon filing this Notice of Removal, Defendant will give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida, as required by 28 U.S.C. §1446(d).  Attached to this Notice as <u>Exhibit B</u> is a copy of the Notice of Defendant's Notice of Removal to Federal Court which is being filed in the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida.

## This Court Has Original Federal Question Jurisdiction<br>Over Plaintiff's Complaint

7. This Court has original jurisdiction over Plaintiff's Complaint because it alleges violations of the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 207 and 216(b).  Pursuant to 28 U.S.C. § 1441(a), "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

WHEREFORE, Defendant hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of this action from the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and request that all further proceedings be conducted in this Court as provided by law.

Date: November 4, 2019.

Respectfully submitted,

By: */s/ Brett P. Owens*
    Cathy M. Stutin, Esq.
    Florida Bar No.: 0865011
    cstutin@fisherphillips.com
    Fisher & Phillips LLP
    450 East Las Olas Boulevard
    Suite 800
    Ft. Lauderdale, Florida 33301
    Telephone: (954) 525-4800
    Facsimile: (954) 525-8739

    Brett P. Owens
    Florida Bar No.: 112677
    bowens@fisherphillips.com
    Fisher & Phillips LLP
    101 E. Kennedy Blvd.
    Suite 2350
    Tampa, Florida 33602
    Telephone: (813) 769-7500
    Facsimile: (813) 769-7501

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 4, 2019**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Brett P. Owens
Attorney

## SERVICE LIST

Noah E. Storch, Esq.
Robert Pecchio, Esq.
Richard Celler Legal, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
noah@floridaovertimelawyer.com
robert@floridaovertimelawyer.com

*Attorneys for Plaintiff*