UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DALE CATO,**

        **Plaintiff,**

**v.**                                                                                Case No: 6:19-cv-2103-Orl-22DCI

**KONICA MINOLTA BUSINESS
SOLUTIONS U.S.A., INC,**

        **Defendant.**

---

**ORDER**

This cause is before the Court on the parties' Joint Motion for Settlement and Dismissal with Prejudice (Doc. 19) filed on March 5, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 5, 2020 (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement and Dismissal with Prejudice (Doc. 19) is hereby GRANTED in part and DENIED in part.

3. The Court declines to retain jurisdiction to enforce the settlement agreement.

4. The case is DISMISSED with prejudice.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2020.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record